✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

| Print Name | Bar Number |

Address

| City | State | Zip Code |

| Phone Number | Fax Number |

1  **ELIZABETH M. BARROS**
California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Luis Flavio Ramirez

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ8703 |
| 12             Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 LUIS FLAVIO RAMIREZ, | ) | |
| 15             Defendant. | ) | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov

20                            Respectfully submitted,

22  DATED:     August 14, 2008         /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Luis Flavio Ramirez